# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143162 &
(9)(12)(13)(15)(16)(17)

GLENN R. HIEBER,
      Plaintiff-Appellant,

v

WASHTENAW COMMUNITY COLLEGE,
LARRY WHITWORTH, LINDA BLAKELY,
LARRY AEILTS, JENNIFER BAKER, and
JAQUES DESROSIERS,
      Defendants-Appellees.

SC: 143162
COA: 303314
Washtenaw CC: 10-000551-CZ

_____/

      On order of the Court, the motions for miscellaneous relief are GRANTED. The motions regarding service of pleadings and for copy of record at public expense are DENIED. See MCR 7.302(A)(3); MCR 7.313(A)(5) and (F). The motion for stay is DENIED. The application for leave to appeal the April 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

d1017